UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUTH K. SPOONER,<br><br>                         Plaintiff,<br><br>     -against-<br><br>NEW YORK CITY DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>                       Defendants. | 25 CIVIL 0365 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the April 3, 2025, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    April 4, 2025
             New York, New York

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                   Chief United States District Judge